**THE COUNTERS FIRM, P.C.**
Representation you can count on.

Lisa Counters, 016436
4809 E. Thistle Landing Drive, Suite 100
Phoenix, AZ  85044
(602) 490-0030 (Voice)
(888) 683-8397 (Fax)
Lisa@countersfirm.com

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K.A.S., individually and as next of friend for E.S., a minor,<br><br>Plaintiff,<br><br>v.<br><br>Health Net of Arizona, Inc.<br><br>Defendant. | No.  CV-14-1608-PHX-DLR<br><br>**NOTICE<br>OF SETTLEMENT** |

Plaintiff, K.A.S., gives notice that the parties have settled the matter. The parties expect to submit a Stipulation within the next 30 days.

Dated this 9th day of April 2015.

THE COUNTERS FIRM, P.C

By: s/ Lisa J. Counters
    Lisa J. Counters

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2015, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and electronically transmitted to:

John C. West
Brownstein, Hyatt, Farber, Schrek, LLP
One E. Washington Street, Suite 2400
Phoenix, AZ  85004
Attorneys for Defendant

Kantor & Kantor LLP
Lisa S. Kantor
19839 Nordhoff St.
Northridge, CA 91324


By:     s/ Christine Duso