# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K.A.S.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Health Net of Arizona Incorporated,<br><br>　　　　　　Defendant. | No. CV-14-01608-PHX-DLR<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation to Dismiss with Prejudice, (Doc. 34), and good cause appearing,

　　　　**IT IS ORDERED** dismissing this case with prejudice, each party to bear their own attorneys' fees and costs.

　　　　Dated this 2nd day of June, 2015.

_____
Douglas L. Rayes
United States District Judge